UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD GORDON,<br><br>    Plaintiff,<br><br>    v.<br><br>RIVERSIDE TRANSIT AGENCY, et al.,<br><br>    Defendants. | NO. EDCV 20-2424-RGK (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

Plaintiff indicated that he intended to voluntarily dismiss the County of Riverside from this action. Plaintiff was ordered to file the Notice of Voluntary Dismissal on or before August 19, 2021. (Dkt. No. 49.) The ordered was returned by the postal service as undeliverable. (Dkt. No. 50.)

IT IS ORDERED that the motion to dismiss the complaint under Fed. R. Civ. P. 12(b)(6) filed by Defendants Riverside Transit Agency, Franklin, Sirls and Nielsen ("RFA Defendants") is GRANTED IN PART AND DENIED IN PART as follows:

(1) All claims are dismissed with leave to amend;

(2) Plaintiff's request for punitive damages against RTA and Franklin, Sirls and

Nielsen in their official capacity is dismissed without leave to amend; and

(3) Plaintiff is granted leave to file a First Amended Complaint consistent with the Magistrate Judge's Report within 30 days after the this order.

If Plaintiff chooses to file a First Amended Complaint, it must be filed within 30 days after entry of this Order, it must bear the docket number assigned to this case, be labeled "First Amended Complaint," and be complete in and of itself without reference to the original complaint, attachment, pleading or other documents.

The Clerk is DIRECTED to provide Plaintiff with a blank civil rights complaint.

**Plaintiff is advised that if he fails to file a Notice of Voluntary Dismissal of the County of Riverside and a timely First Amended Complaint within 30 days after the entry of this order, this entire action against all Defendants may be dismissed.**

DATED: September 2, 2021

R. GARY KLAUSNER
United States District Judge