WOODRUFF, SPRADLIN & SMART, APC
JEANNE L. TOLLISON - State Bar No. 238970
jtollison@wss-law.com
WALTER M. CRANDALL - State Bar No. 250976
wcrandall@wss-law.com
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone: (714) 558-7000
Facsimile: (714) 835-7787

JS-6

Attorneys for Defendants RIVERSIDE TRANSIT AGENCY, a public entity, and TOM FRANKLIN, STEPHANIE SIRLS, sued erroneously as STEPHINE SIRLS, and HALEY NIELSEN, sued erroneously as HALEY NIESON, individually and in their official capacities as employees of Riverside Transit Agency, a public entity

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JARROD GORDON,<br><br>    Plaintiff,<br><br>v.<br><br>RIVERSIDE TRANSIT AGENCY, in its official capacity; COUNTY OF RIVERSIDE, in its official capacity; TOM FRANKLIN, individual and official capacity; STEPHINE SIRLS, individual and official capacity; HALEY NIESON, individual and official capacity,<br><br>    Defendants. | CASE NO.: 5:20-cv-02424-RGK (AGR)<br><br>JUDGE: R. GARY KLAUSNER<br>MAGISTRATE JUDGE: ALICIA G. ROSENBERG<br><br>[PROPOSED] ORDER RE: DISMISSAL<br><br>HEARING DATES PENDING: NONE |

On November 18, 2020, Plaintiff, proceeding pro se and in forma pauperis, filed a complaint pursuant to 42 U.S.C. § 1983 against the Riverside Transit Agency ("RTA"); the County of Riverside ("County"); Tom Franklin, chief operations officer of RTA; and RTA employees Stephanie Sirls (sued as "Stephine Sirls"), Haley Nielsen (sued as "Haley Nieson"), and Does 1 through 4. (Dkt. No. 1.) The County filed an answer. (Dkt. No. 12.)

1   On April 12, 2021, RTA, Franklin, Sirls and Nielsen ("RTA Defendants") filed a motion to dismiss the complaint under Fed. R. Civ. P. 12(b)(6). (Dkt. No. 31.) Plaintiff filed an opposition to the motion to dismiss. (Dkt. No. 36.) The RTA Defendants filed a reply. (Dkt. No. 38.) The motion was taken under submission.

On July 22, 2021, Magistrate Judge Alicia Rosenberg issued a Report and Recommendation that the District Court issue an order (1) accepting the Report's findings and recommendation; (2) granting RTA Defendants' motion to dismiss under Fed. R. Civ. P. 12(b)(6) as follows:  (a) dismissing all claims with leave to amend; and (b) dismissing Plaintiff's request for punitive damages against RTA and Franklin, Sirls and Nielsen in their official capacity without leave to amend; and (3) granting Plaintiff leave to file a First Amended Complaint consistent with this Report within 30 days after the District Court's order. (Dkt. Nos. 45 and 46)

No objections to the Report were filed.

On September 2, 2021, this Court accepted the findings and recommendation of the Magistrate Judge and ordered that the motion to dismiss filed by Defendants Riverside Transit Agency, Tom Franklin, Stephanie Sirls and Hailey Nielsen is GRANTED IN PART AND DENIED IN PART as follows:

(1)   All claims are dismissed with leave to amend;

(2)   Plaintiff's request for punitive damages against RTA and Franklin, Sirls and Nielsen in their official capacity is dismissed without leave to amend; and

(3)   Plaintiff is granted leave to file a First Amended Complaint consistent with the Magistrate Judge's Report within 30 days after the order.

The Order advised Plaintiff that if he failed to file a Notice of Voluntary Dismissal of the County of Riverside and a timely First Amended Complaint within 30 days after the entry of the order, the entire action against all Defendants may be dismissed. (Dkt. No. 52)

Plaintiff failed to timely file a Notice of Voluntary Dismissal of the County of Riverside and also failed to file a timely First Amended Complaint,

1629743.1

The Court, having considered all papers in support of and in opposition to the motion to dismiss and the Magistrate Judge's Report, good cause appearing therefor, now rules as follows:

This action is dismissed with prejudice as to all Defendants. All pending motions are denied as moot.

IT IS SO ORDERED.

DATED: 11/8/2021

*Gary Klausner*

HONORABLE R. GARY KLAUSNER
JUDGE OF THE UNITED STATES
DISTRICT COURT

1629743.1